ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Aug 29, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: 1501 WEST CAPITOL AVENUE, #105, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #106, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #107, WEST SACRAMENTO, CA | CASE NO: 2:25-SW-0728 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: August 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE